AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Montana

| | | |
|---|---|---|
| United States of America<br>v.<br>Kasey Ann Willard<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No.<br>MJ-25- 75 -M-KLD |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 2025-October 18, 2025** in the county of **Mineral** in the _____ District of **Montana**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | possession with intent to distribute methampheatmine |

This criminal complaint is based on these facts:
**See attached affidavit.**

☑ Continued on the attached sheet.

_____
*Complainant's signature*

A.J. Allard, DEA Task Force Officer
*Printed name and title*

Sworn to before me and signed by telephone in accordance with Fed. R. Crim P. 41.

Date: 10/20/2025

/S/ Kathleen L. DeSoto
*Judge's signature*

City and state: Missoula, Montana

Kathleen L. DeSoto
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KASEY ANN WILLARD,<br><br>Defendant. | MJ 25- 75 -M-KLD<br><br>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT |

I, Andrew Allard, being duly sworn, depose and state:

1. I am a duly commissioned Task Force Officer for the Drug Enforcement Administration (DEA), United States Department of Justice, and have been so employed since September 2020. In addition to being a Task Force Officer, I have been an Agent with the Division of Criminal Investigation, Montana Department of Justice since February 2020 and a sworn law enforcement officer in Montana since 2014. I have conducted numerous investigations involving violations of the Controlled Substances Act, and various other firearms and controlled substances violations. I have been involved in all aspects of federal and state firearms and narcotics investigations, including debriefing defendants, witnesses, and informants,

conducting surveillance and undercover operations, and executing search warrants.

2.      I make this affidavit from personal knowledge based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

This affidavit is submitted in support of a criminal complaint charging Kasey Ann WILLARD with the crime of possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1).

## FACTS AND CIRCUMSTANCES

3.      During September 2025, Agents from the Missoula Drug Task Force "MDTF" purchased approximately three ounces of methamphetamine from a male in Missoula, Montana, through a confidential informant hereinafter referred to as "Cooperating Defendant."

4.      During the investigation, Agents identified the Cooperating Defendant's source of supply for methamphetamine as Kasey Ann

WILLARD, a female from Spokane, Washington. During multiple investigations conducted by MDTF in 2025, WILLARD had previously been identified as a multi-pound methamphetamine distributor who was sourcing several individuals in the Missoula, Montana, area with large quantities of methamphetamine.

5. On October 9, 2025, Agents with MDTF coordinated a vehicle interdiction of the Cooperating Defendant with the assistance of Mineral County Sheriff's Office and a Missoula Police K9 Officer. The Cooperating Defendant was stopped by a Mineral County Sheriff's Office sergeant on Interstate 90 just east of Superior, Montana. A Missoula Police K9 alerted to the odor of narcotics present in the vehicle, and a probable cause search of the vehicle was conducted. Approximately two pounds of methamphetamine were located in the trunk of the vehicle. During a post traffic stop interview conducted by Agent Allard and Detective Clark Nissley, the Cooperating Defendant admitted to meeting WILLARD in Idaho and purchasing the two pounds of methamphetamine from her.

6. A few days later, at the direction of MDTF, the Cooperating Defendant requested WILLARD deliver several pounds of methamphetamine to Montana for $16,000.

7. In the evening of October 17, 2025, cell phone location data, showed WILLARD travel to Pasco and Yakima, Washington, where she is known to acquire large quantities of methamphetamine. WILLARD contacted the Cooperating Defendant and said she would be traveling to Montana later that night to deliver the drugs.

8. In the early morning hours of October 18, 2025, Agents with MDTF coordinated an interdiction operation in Mineral County with the assistance of Mineral County Sheriff's Office and Montana Highway Patrol. The vehicle WILLARD was traveling in was identified, and a traffic stop was conducted in Saltese, Montana. WILLARD was sitting in the front passenger seat of the vehicle, and an Idaho male was identified as the driver and registered owner of the vehicle.

9. A Montana Highway Patrol K9 alerted to the odor of narcotics present in the vehicle, and a probable cause search of the vehicle was conducted. A bag with approximately eight pounds of methamphetamine was located on the front passenger floorboard where WILLARD was sitting. WILLARD was arrested and transported to the Mineral County Detention Facility.

## **CONCLUSION**

10. Based on the foregoing, I submit that there is probable cause to believe that between September 2025 and October 18, 2025, WILLARD committed the crime of possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1). Accordingly, I respectfully request that the Court issue a complaint charging WILLARD with these crimes.

RESPECTFULLY SUBMITTED this 20th day of October 2025.

_____
Andrew Allard, Task Force Officer
Drug Enforcement Administration

Attested to by the applicant in accordance with the requirements of Fed. R. Crim P. 4.1 by being subscribed electronically and sworn to telephonically on this 20th day of October, 2025.

/s/ Kathleen L. DeSoto
Honorable Kathleen L. DeSoto
United States Magistrate Judge
District of Montana